*granted.* Certiorari denied.

No. 04–647. BURNS ET AL. *v.* PNC BANK NATIONAL ASSN., SUCCESSOR BY MERGER TO FIRST EASTERN BANK, ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 04–695. HOUSEY PHARMACEUTICALS, INC. *v.* ASTRAZENECA UK LTD. ET AL. C. A. Fed. Cir. Certiorari denied. JUSTICE O'CONNOR and JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 04–702. HAMDAN *v.* RUMSFELD, SECRETARY OF DEFENSE, ET AL. C. A. D. C. Cir. Certiorari before judgment denied.

No. 04–717. AMERICAN AXLE & MANUFACTURING, INC. *v.* DANA CORP. C. A. Fed. Cir. Motion of Cisco Systems, Inc., et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 04–8146 (04A620). BEARDSLEE *v.* BROWN, WARDEN. C. A. 9th Cir. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied.

No. 04–8157 (04A622). BEARDSLEE *v.* WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied.

No. 04–5804. IBRAHIM *v.* IBRAHIM, *ante,* p. 934;
No. 04–6162. CANDELARIA *v.* UTAH, *ante,* p. 965; and
No. 04–6381. DRABOVSKIY *v.* UNITED STATES, *ante,* p. 950. Petitions for rehearing denied.

JANUARY 21, 2005

No. 03–1230. AMERICAN TRUCKING ASSNS., INC., ET AL. *v.* MICHIGAN PUBLIC SERVICE COMMISSION ET AL.; and